2016-0523 (La. 5/2/16)

**Albert Ronnie BURRELL**

v.

**STATE of Louisiana**

**Michael Ray Graham, Jr.**

v.

**State of Louisiana**

**NO. 2016-C-0523**

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Union, 3rd Judicial District Court Div. B, Nos. 42,613, 42,614; to

the Court of Appeal, Second Circuit, No. 50,157-CA C/W 50,158-CA

Denied.

JOHNSON, C.J., would grant.